COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  CONK    RANDY
      (Last)    (First)    (Initial)

Prisoner Number  F73645   1C-20

Institutional Address  SAN QUENTIN STATE PRISON
BOX F73645, SAN QUENTIN, CA. 94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RANDY CONK
(Enter the full name of plaintiff in this action.)

vs.

WARDEN OF SAN QUENTIN
ROBERT AYERS, JR., %0 B.BROWN
%0 SANDOVAL AND %0 PROVOST
DOES 1 TO 100
(Enter the full name of the defendant(s) in this action))

Case No. CV 08 1180
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  SAN QUENTIN PRISON

B.  Is there a grievance procedure in this institution?
    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                           - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal  CSQ 2-08-0385
4  MEDICAL & STAFF COMPLAINT
5  _____ 2. First
6  formal level  PENDIN
7
8
9  3. Second formal level  PENDIN
10
11  _____ 4 Third
12  formal level  PENDIN
13
14
15  E.  Is the last level to which you appealed the highest level of appeal available to
16      you?
17      YES ( )   NO (✓)
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why.  PENDIN
20
21
22  II.  Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24      if any.
25  RANDY CUNK F73645 SAN QUENTIN STATE PRISON
26  P.O. BOX F73645 SAN QUENTIN, CALIFORNIA-
27  94974
28  B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1            place of employment.
2   WARDEN ROBERT AYERS, JR. - SAN QUENTIN STATE PRISON
3   CORRECTIONAL OFFICERS - B. BOARD; SANDOVAL; AND
4   PROVOST. CALIFORNIA DEPARTMENT OF CORRECTION
5   OFFICERS - SAN QUENTIN H-UNIT
6                                           III.

7 Statement of Claim

8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

13             SEE ATTACHED
14             COMPLAINT

25 IV.    Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28   MONETARY, PUNITIVE, AND OTHER MONEY DAMAGES

COMPLAINT                               - 3 -

FOR THERAPY FOR BACK SURGERY - FUTURE
LOSS OF WAGES - ACCORDING TO PROOF

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __FEBURARY__, 20__08__

_[signature]_
(Plaintiff's signature)

COMPLAINT - 4 -

TO: UNITED STATES DISTRICT COURT
FROM: Mr. RANDY Conk

    First and Formost I would like to Thank you for taking the time going through these Documentations I have prepared for the United States District Court.
    PLEASE SEND ME back all of the Documents from these proceedings.
    Thank you and GOD BLESS
        Sincerly
        Randy Conk

1  RANDY CONK F73645 1C-20
2  SAN QUENTIN STATE PRISON
   P.O. BOX F73645
3  SAN QUENTIN, CA. 94974
4  IN PRO SE

5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  RANDY CONK                          CASE NO. _____
      PLAINTIFF,                       COMPLAINT UNDER CIVIL RIGHTS
8  VS.                                 ACT 42 U.S.C. 1983
9  WARDEN ROBERT AYERS JR.;            FEDERAL RULE PROCEDURE (4)
   SAN QUENTIN STATE PRISON
10 CORRECTION OFFICER BOARD;           CIVIL L.R. 4-L.
11 AND C/O SANDOVAL; CORRECTION
   OFFICER PROVOST.                    DATE: _____ TIME: _____
12                                     COURTROOM: _____
         DOES 1 TO 100
13

14                      JURISDICTION
15 1. THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C. 1983,
16 THEREFORE JURISDICTION IS PROPER UNDER 28 U.S.C. 1331 AND
17 1334 BECAUSE IT ARISES UNDER THE LAWS OF THE UNITED
18 STATES.
19                        VENUE
20 2. VENUE IS PROPER AND APPROPRIATE IN THIS COURT BECAUSE
21 BOTH PLAINTIFF IS INCARCERATED AT SAN QUENTIN STATE PRISON
22 AND DEFENDANTS WORK IN THE DISTRICT OF MARIN COUNTY,
23 AND A SUBSTANTIAL AMOUNT OF ACTS AND OMISSIONS GIVING
24 RISE TO THIS LAWSUIT OCCURED IN THIS DISTRICT.
25                     INTRODUCTION
26 3. THIS IS A CLAIM FOR DAMAGES AND INJUCTIVE RELIEF
27 BROUGHT UNDER 1983, AGAINST PRISON OFFICIALS FOR THE
28 CIVIL VIOLATION OF EXCESSIVE FORCE UNDER CIVIL RIGHTS ACT.

-1-

INTRODUCTION

4. THESE VIOLATIONS OF PLAINTIFF'S STATE AND FEDERAL RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT THAT IS PROTECTED BY THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTIONS.

SPECIFICALLY AT ISSUE ARE PLAINTIFF'S RIGHT TO BE FREE FROM EXCESSIVE FORCE AND DELIBERATE INDIFFERENCE TO HIS HEALTH AND SAFETY AND /OR TO BE FREE FROM GROSS NEGLIGENCE. PLAINTIFF NOW COMPLAINS THAT ON OR ABOUT OCTOBER 2007, THAT SAN QUENTIN MENTAL HEALTH STAFF PSYCHIATRIST DR. DOWNS PRESCRIBED THE PLAINTIFF OXCARBAZEPINE 300 MG TABLETS THAT CAUSE THE PLAINTIFF ADVERSE REACTIONS SUCH AS BUT NOT LIMITED TO BEING DIZZY, SWEATING AND LOSS OF HIS MEMORY AND NERVOUSNESS.

ON FRIDAY OCTOBER 19, 2007, WHILE PLAINTIFF WAS HOUSED IN H-UNIT DORM, HE WAS STANDING UPON THE BLEECHERS OF B-SIDE. CORRECTIONAL OFFICER B. BOARD APPROACHED ME AND SAID GET YOUR ASS DOWN; THEN HE PROCEEDED TO SPRAY ME WITH HIS MK-90 OC PEPPER SPRAY, THUS CAUSING SUDDEN BLINDNESS AND CAUSING ME TO FALL AND WITH WHICH CAUSED AN HERNIATED DISK IN MY LOWER BACK THAT NOW REQUIRES CONSTRUCTIVE SURGERY. PLAINTIFF PRAYS FOR DAMAGES AND OTHER SUCH RELIEF THAT MAY BE SOUGHT THROUGH THE COURT, SUCH AS LOSS OF WAGES, AND FUTURE LOSS; HE HAS ALSO TRIED TO UTILIZE HIS RIGHT TO ADMINISTRATIVE PROCESS WHICH IS FUTILE.

-2-

## PARTIES

5. PLAINTIFF RANDY CONK, IS A 46 YEAR OLD WHITE MALE, WHO IS A RESIDENT OF THE STATE OF CALIFORNIA, AND IS CURRENTLY INCARCERATED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS (COC) AT SAN QUENTIN STATE PRISON, IN THE COUNTY OF MARIN, CALIFORNIA, AT ALL TIMES MENTIONED IN THIS COMPLAINT, PLAINTIFF WAS A PRISONER WITHIN THE (COC) SYSTEM.

6. AT ALL TIMES MENTIONED IN THIS COMPLAINT DEFENDANT ROBERT AYERS, JR. IS THE WARDEN OF SAN QUENTIN STATE PRISON AND IS HEREIN SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES.

7. PLAINTIFF FURTHER ALLEGES THAT AT ALL TIMES MENTIONED IN THIS COMPLAINT, WARDEN AYERS WAS THE WARDEN OF SAN QUENTIN STATE PRISON, AND IS RESPONSIBLE FOR ALL SUPERVISION OF SUBORDINATES PERSONNEL AS WELL AS FOR THE SAFETY AND PROTECTION OF ALL INMATES AT SAN QUENTIN, INCLUDING INMATE RANDY CONK.

8. AT ALL TIMES MENTIONED IN THIS COMPLAINT OFFICER B. BOARD, SAN QUENTIN CORRECTION OFFICER IS SUED IN HIS OFFICIAL AND INDIVIDUAL CAPACITY FOR EXCESSIVE FORCE, USE OF PEPPER SPRAY MK-90 OC. AND CORRECTIONAL OFFICER SANDOVAL IS ALSO SOLELY RESPONSIBLE FOR MY INJURIES REQUIRING BACK SURGERY AND OFFICER PROVOST, ALL TIMES RELEVENTLY RESPONSIBLE FOR MY BACK INJURY, ARE ALL SUED BY SUCH FICTIOUS NAMES UNTIL THEIR TRUE NAMES CAN BE ASCERTAINED.

-3-

<u>CLAIM FOR RELIEF</u>

9. PLAINTIFF REFERS TO AND INCORPORATES BY REFERENCE HEREIN THE SAID ALLEGATIONS OF PARAGRAPH 1 THROUGH 8, INCLUSIVE.

10. PLAINTIFF, MEDICAL CONDITION WORSENS DAILY WHERE HE MUST TAKE MORPHINE SULPHATE FOR PAIN BECAUSE OF OFFICER'S DELIBERATE INDIFFERENCE TO HIS HEALTH AND SAFETY.

11. PLAINTIFF BACK INJURY, HEREIN DESCRIBED, THEREIN CONSTITUTES PHYSICIAN MEDICAL SURGERY, THEREFORE THIS SIGNIFICANTLY AFFECTS HIS DAILY MOVEMENTS, AND ACTIVITIES HERE IN PRISON.

<u>PRAYER FOR RELIEF</u>

1. MONETARY DAMAGES - ACCORDING TO PROOF
2. PUNITIVE DAMAGES - ACCORDING TO PROOF
3. FUTURE EARNINGS - ACCORDING TO PROOF
4. CUTURE THERAPY - AFTER PRISON
5. ANY OTHER RELIEF THE COURT DEEMS JUST AND NECESSARY FOR EXCESSIVE FORCE CLAIM.

DATED: 2/11/2008

RESPECTFULLY SUBMITTED

BY _____
RANDY OONK F73645
PLAINTIFF

-4-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RANDY CONK )
            )
    Plaintiff, )    CASE NO. _____
            )
vs.         )    PRISONER'S
EMPLOYEES OF SAN )    APPLICATION TO PROCEED
QUENTIN PRISON )    <u>IN FORMA PAUPERIS</u>
            )
    Defendant. )
_____ )

    I, RANDY CONK _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0_____ Net: ___0_____

Employer: _____ N/A _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____ N/A _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.    Business, Profession or                     Yes ____  No ✓
10          self employment
11     b.    Income from stocks, bonds,                 Yes ____  No ✓
12          or royalties?
13     c.    Rent payments?                                    Yes ____  No ✓
14     d.    Pensions, annuities, or                      Yes ____  No ✓
15          life insurance payments?
16     e.    Federal or State welfare payments,         Yes ____  No ✓
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____ N/A _____
22 _____

23 3.    Are you married?                                  Yes ____  No ✓
24 Spouse's Full Name: _____ N/A _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _____ 0 _____  Net $ _____ 0 _____
28 4.    a.    List amount you contribute to your spouse's support: $ _____ 0 _____

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ N/A _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ __0__ Amount of Mortgage: $ __0__
9  6.  Do you own an automobile?    Yes ___ No ___
10 Make __0__ Year __0__ Model __0__
11 Is it financed? Yes _____ No ✓ If so, Total due: $ __0__
12 Monthly Payment: $ __0__
13 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____ N/A _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ __0__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ __0__ Utilities: __N/A__
23 Food: $ __0__ Clothing: __N/A__
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 __0__                $ __0__              $ __0__
27 __0__                $ __0__              $ __0__
28 __0__                $ __0__              $ __0__       9.  Do

US. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____ N/A _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____ N/A _____
10 _____

11   I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13   I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _2/11/2008_____        _X_____[signature]_____
17        DATE                          SIGNATURE OF APPLICANT

US. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____     - 4 -

```
REPORT ID: TS3030  .701                                          REPORT DATE: 12/31/07
                                                                 PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 31, 2007

ACCOUNT NUMBER : F73645                       BED/CELL NUMBER: C 1 00000000020S
ACCOUNT NAME   : CONK, RANDY                     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                      TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION       COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

10/01/2007      BEGINNING BALANCE                                                         687.13

10/10    W536   COPAY CHARGE     1417/COPAY                                    5.00       682.13
10/15    FR01   CANTEEN RETUR    701491                                        3.36-      685.49
10/15    FC01   DRAW-FAC 1       1498/MAIN2                                   90.00       595.49
10/25    W536   COPAY CHARGE     1673/COPAY                                    5.00       590.49
11/07    FC01   DRAW-FAC 1       1847M1ST                                     45.00       545.49
11/07    FR01   CANTEEN RETUR    701865                                       90.00-      635.49
12/10    FC03   DRAW-FAC 3       2285/LUP1                                    45.00       590.49
12/10    FR01   CANTEEN RETUR    702299                                       45.00-      635.49
12/18    FC03   DRAW-FAC 3       2415LCKUP2                                   45.00       590.49
12/18    FR01   CANTEEN RETUR    702419                                        0.05-      590.54

                                      TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS        TRANSACTIONS
   BALANCE        DEPOSITS      WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED

    687.13          0.00           96.59         590.54         0.00            0.00


                                                                             CURRENT
                                                                            AVAILABLE
                                                                             BALANCE

                                                                              590.54
```

| | |
|---|---|
| 1 | |
| 2 | Case Number: _____ |

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _RANDY CANE_ for the last six months at

[prisoner name]

_SAN QUENTIN PRISON_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_ .

Dated: _2/11/08_ _____

[Authorized officer of the institution]

- 5 -