FILED

MAR 2 [?] 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,
          Plaintiff,
   vs.
_____,
          Defendant.

CASE NO. CV 08 1180

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **RANDY CONK**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No **X**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *1998 - Gross - $4000.00 month*
5  *NET - $2800.00 month*
6
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or            Yes ___ No _X_
10         self employment
11     b.  Income from stocks, bonds,         Yes ___ No _X_
12         or royalties?
13     c.  Rent payments?                  Yes ___ No _X_
14     d.  Pensions, annuities, or            Yes ___ No _X_
15         life insurance payments?
16     e.  Federal or State welfare payments,     Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?                        Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1     b.     List the persons other than your spouse who are dependent upon you for
2               support and indicate how much you contribute toward their support. (NOTE:
3               For minor children, list only their initials and ages. DO NOT INCLUDE
4               THEIR NAMES.).

5 _____

6 _____

7 5.     Do you own or are you buying a home?     Yes \_\_\_ No X

8 Estimated Market Value: $_____ Amount of Mortgage: $_____

9 6.     Do you own an automobile?     Yes \_\_\_ No X

10 Make _____ Year _____ Model _____

11 Is it financed? Yes \_\_\_\_ No \_\_\_\_ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.     Do you have a bank account? Yes \_\_\_ No X (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes \_\_\_ No X Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes \_\_\_ No X

20 _____

21 8.     What are your monthly expenses?

22 Rent: $    N/A    Utilities: _____

23 Food: $_____ Clothing: _____

24 Charge Accounts:    N/A

25 Name of Account     Monthly Payment     Total Owed on This Acct.

26 _____ $_____ $_____

27 _____ $_____ $_____

28 _____ $_____ $_____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  3/23/08                              /s/ Randy Cook
17    DATE                               SIGNATURE OF APPLICANT

1
2                                                           Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                           **IN**
10                              **PRISONER'S ACCOUNT**
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _RANDY CONK_ for the last six months
                                         [prisoner name]
14  _SAN QUENTIN_____ where (s)he is confined.
         [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ __0__ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $__0__.
18
19  Dated:_____                    _____
                                         [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28