IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY CONK, | No. C 08-1180 JSW (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ROBERT AYERS, et al., | |
| Defendants. | |

An order of judgment is hereby entered DISMISSING this action without prejudice.

IT IS SO ORDERED.

DATED: May 8, 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDY CONK,

        Plaintiff,

  v.

ROBERT AYERS et al,

        Defendant.

Case Number: CV08-01180 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy Conk
F73645
San Quentin State Prison
San Quentin, CA 94974

Dated: May 8, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk