To: US DISTRICT Court
From: RANDY CONK
CDC: F73645
RE: APPLICATION
DATE: 5/11/08
#NO-CV08-01180-JSW

RECEIVED
MAY 1 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom It May Concern.
On 5/9/08 I RECEIVED RESPONSE to The APPLICATION That I have FILLED. To my understanding I did send you a statement In the 1st APPLICATION that was Dated 2/27/08 about my Trust account. I feel that I have responded In a timely fashion for the completion of my application. If you have any further questions you May Contact Me.
         Thank You + God BLESS
              Sincerly
              [signature]

RANDY conk
CDC: F73645
SAN Quentin State Prison
SAN Quentin, CALIF.
94974

LEGAL MAIL

US DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRAN, CALIF.
94102-9680

LEGAL MAIL

