TO: UNITED STATES DISTRICT COURT
FROM: RANDY CONK
CASE: #3:08-cv-01180-JSW
RE: Payment
DATE: 6/3/08

RECEIVED
08 JUN -5 PM 1:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

First and Foremost, I'am Writing In REGARDS of a Payment of $350.00. When I Initially filled out the Application I put a copy of my Trust Account. I also filled out a form for being Exempt. Due to Lack of funds, I'am unable to make a payment at this time.
Please take this Into an Exception. For Further questions please contact me.

Thank You + God Bless
Sincerly
Randy Conk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Randy Conk
San Quentin State Prison   F73645
San Quentin, CA 94974

**Notice Date**
05/30/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title: Conk v. Ayers et al**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:08-cv-01180-JSW | 02/27/2008 | 05/08/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $350.00**